IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| YVONNE MOORE | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 4:13-cv-00218 |
| | § | |
| THE KROGER COMPANY | § | |
|     Defendant | § | |
| | § | |

**ORDER ON JOINT MOTION TO DISMISS WITH PREJUDICE**

ON THIS DAY, THE COURT CONSIDERED Plaintiff Yvonne Moore's and Defendant The Kroger Co.'s Joint Motion to Dismiss With Prejudice. Finding it meritorious, the court GRANTS the motion [de #27].

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that all of Plaintiff Yvonne Moore's claims in this lawsuit against The Kroger Co. are hereby DISMISSED WITH PREJUDICE to the refiling of same.

**SIGNED this the 28th day of February, 2014.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE